1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        EASTERN DISTRICT OF CALIFORNIA
10
11   DAVE REINHARDT,                          1:08-cv-00329-LJO-DLB  (HC)
12              Petitioner,
                                              ORDER DENYING MOTION FOR
13        vs.                                 APPOINTMENT OF COUNSEL
14   WARDEN FELLER,
                                              (DOCUMENT #3)
15              Respondent.
16   _____/

17        Petitioner has requested the appointment of counsel.  There currently exists no absolute
18   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d
19   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),
20   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment
21   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules
22   Governing Section 2254 Cases.  In the present case, the court does not find that the interests of
23   justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS
24   HEREBY ORDERED that petitioner's request for appointment of counsel is denied.
25
26        IT IS SO ORDERED.
27   Dated:   March 14, 2008              _____/s/ Dennis L. Beck_____
                                          UNITED STATES MAGISTRATE JUDGE
28