IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVE REINHARDT,**<br><br>                                          Petitioner,<br><br>       v.<br><br>**FELLER, Warden,**<br><br>                                          Respondent. | 1:08-cv-00329 LJO DLB HC<br><br>**ORDER GRANTING RESPONDENT'S FIRST MOTION FOR 30-DAY EXTENSION TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including July 15, 2008, to file such pleading.

IT IS SO ORDERED.

   Dated:   **June 11, 2008**           /s/ **Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1