IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVE REINHARDT,** <br><br> Petitioner, <br><br> v. <br><br> **FELLER, Warden,** <br><br> Respondent. | 1:08-cv-00329 LJO DLB HC <br><br> **ORDER GRANTING RESPONDENT EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** <br><br> **[Court Docs. 25, 29]** <br><br> **(30) THIRTY DAYS** |

    Pending before the Court is Respondent's second request for an enlargement of time to file an Answer to the petition. (Court Doc. 25.) Petitioner filed an opposition to the request on July 25, 2008. (Court Doc. 29.) As previously done, Petitioner continues to argue that because Respondent has been given adequate time to file a response and because he is unlawfully confined, the request to extend the time should not be granted. (Court Doc. 29.) Petitioner's objections are overruled based on Respondent's contentions that counsel has been unable to complete work in this case due to a heavy caseload.

    IT IS HEREBY ORDERED that the application for second enlargement of time within which to file an Answer to the petition for writ of habeas corpus be granted enlarging by thirty (30)

///

///

///

1

additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including August 14, 2008, to file such pleading.

IT IS SO ORDERED.

**Dated:   July 31, 2008**              _____/s/ **Dennis L. Beck**_____
                                                                         UNITED STATES MAGISTRATE JUDGE