IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE REINHARDT, | 1:08-cv-00329-LJO-DLB (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
|     vs. | |
| WARDEN FELLER, | (DOCUMENT #32) |
|     Respondent. | 09/13/2008 DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 14, 2008, Respondent filed a motion to extend time to file an answer to the petition. Petitioner has filed an ongoing objection to any further extensions of time by Respondent. (Court Doc. 31.) Good cause having been presented to the court including Respondent's contention that this is the final extension of time and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted to and including September 13, 2008 in which to file an answer.


IT IS SO ORDERED.

Dated:   **September 3, 2008**              **/s/ Dennis L. Beck**
                                                                         UNITED STATES MAGISTRATE JUDGE