# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE REINHARDT, | 1:08-cv-00329 LJO DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT FILINGS |
| v. | |
| FELLER, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 12, 2008, Respondent filed an answer to the instant petition for writ of habeas corpus, and Petitioner filed a traverse on September 29, 2008.  (Court Docs. 36, 39.)

Respondent did not submit a copy of the filings in the state courts on direct and collateral review as referenced in his answer.  Accordingly, it is HEREBY ORDERED that within **ten (10)** days from the date of service of this order, Respondent shall lodged a copy of all the state court filings by Petitioner.

IT IS SO ORDERED.

Dated:   **December 17, 2008**          /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE